WEBER *et al.,* Respondents, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

(*Superior Court of New York City, General Term.*   March 2, 1891.)

Appeal from equity term.

Action by Christian Weber and others against the Metropolitan Elevated Railway Company and the Manhattan Railway Company for an injunction against the operation of defendants' railroad in the street in front of plaintiffs' premises, with incidental relief by way of past damages. Judgment for plaintiffs, and defendants appeal.

Argued before TRUAX and DUGRO, JJ.

*Davies & Rapallo,* (*Julien T. Davies* and *Sidney Smith,* of counsel,) for appellants. *Sackett & Bennett,* (*Charles Gibson Bennett,* of counsel,) for respondents.

PER CURIAM.   Judgment affirmed, with costs.

———

MORTIMER *et al.,* Respondents, *v.* MANHATTAN RY. CO., Appellants.

(*Superior Court of New York City, General Term.*   March 2, 1891.)

Appeal from jury term.

Action by William Y. Mortimer and others against the Manhattan Railway Company.   There was a verdict in plaintiffs' favor, and from a judgment thereon, and from an order denying a new trial, as well as two other orders entered during the progress of the action, defendants appeal.   For former appeal, see 8 N. Y. Supp. 536.

Argued before TRUAX and DUGRO, JJ.

*Davies & Rapallo,* for appellants. *John W. Pirsson,* for respondents.

PER CURIAM.   Judgment and orders affirmed, with costs.

———

BULLOWA, Respondent, *v.* SEYKOR, Appellant.

(*Common Pleas of New York City and County, Trial Term.*   April 30, 1891.)

Appeal from seventh district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*J. C. Long,* for appellant.   *P. Q. Eckerson,* for respondent.

No opinion.   Judgment affirmed, with costs.